IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-50674
Summary Calendar
_____

MARY J. VILLARREAL,

Plaintiff-Appellant,

versus

KENNETH S. APFEL,
COMMISSIONER OF SOCIAL SECURITY,

Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. A-94-CV-689
- - - - - - - - - -
April 14, 1998

Before JOLLY, BENAVIDES, and PARKER, Circuit Judges.

PER CURIAM:[*]

Mary J. Villarreal appeals from the district court's decision in favor of the Commissioner which denied child's insurance benefits based on disability and Supplemental Security Income benefits to Villarreal. Villarreal argues that she did not validly waive her right to counsel at the administrative level; that she did not receive a full and fair administrative hearing; and that the Commissioner's decision is not supported by

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

substantial evidence because the Commissioner failed to apply the correct legal standards.

We lack jurisdiction to review Villarreal's arguments concerning her lack of legal representation and the adequacy of her hearing before the Administrative Law Judge because Villarreal did not raise those issues on administrative appeal. Paul v. Shalala, 29 F.3d 208, 210 (5th Cir. 1994); 20 C.F.R. § 404.900(b). We have reviewed the record and the briefs of the parties and find no error in the district court's determination that substantial evidence supports the Commissioner's determination that Villarreal is not disabled.

AFFIRMED.